UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:14-cv-00759-PSG-JCG | Date | April 11, 2014 |
|---|---|---|---|
| Title | Nike, Inc. v. Super Star Intl Inc et al | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Judge |
|---|---|
| Wendy Hernandez | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings (In Chambers):**   ORDER TO SHOW CAUSE RE LACK OF PROSECUTION

　　　IT IS HEREBY ORDERED that Plaintiff show cause in writing on or before **April 25, 2014** why this action should not be dismissed for lack of prosecution.

　　　The Court will consider the filing of the following as an appropriate response to this Order to Show Cause. Failure to respond in writing, may result in the dismissal of the entire action.

| | |
|---|---|
| ___ | Proof of Service of Summons and Complaint by Plaintiff. |
| X | Response to Complaint by Defendant(s) *OR* Request for Entry of Default by Plaintiff. |
| ___ | Motion for Entry of Default Judgment by Plaintiff *OR* Request to Clerk for Entry of Default Judgment by Plaintiff. |

　　　Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument will not be heard in this matter unless so ordered by the Court.

　　　A mandatory chambers copy shall be delivered to Courtroom 880, and shall include the electronic filed date header and/or the Notice of Electronic Filing (NEF). Failure to comply, may result in monetary sanctions and the document to be stricken from the record.

　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Preparer　　wh